IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | **NO. 15-383** |
| **DEKOR PERRY** : | |

## O R D E R

**AND NOW**, this 18th day of April, 2022, upon consideration of the Defendant's third motion for compassionate release pursuant to 18 U.S.C. 3582(c)(1)(A) and the Government's response thereto, it is hereby **ORDERED** that the Motion [Doc. 87] is **DENIED**.

It is further **ORDERED** that the government's motion to impound [Doc. 90] is **GRANTED**. The Clerk of Court is directed to make no public docket entry of the sealed documents and order to seal, and to provide copies of all sealed documents only to José R. Arteaga, Assistant United States Attorney.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**