**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL ACTION** |
| | **:** | **NO. 15-383** |
| **DEKOR PERRY** | **:** | |

## O R D E R

**AND NOW**, this 21st day of July, 2026, it is hereby **ORDERED** that:

1. The Defendant's fourth motion for compassionate release pursuant to 18 U.S.C. §
   3582(c)(1)(A)(i) [Doc. 100] is **DENIED**.

2. The Defendant's motion for appointment of counsel [Doc. 99] is **DENIED**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**